Filed in District Court
State of Minnesota
10/10/2025

**State of Minnesota**             **District Court**

| County: Wright | Judicial District: 10 |
| | Court File Number: 86 CV 25-5055 |
| | Case Type: Civil |

Theodore Franklin Roberts
Plaintiff

vs                      **Civil Summons**

Metropolitan Council / Metro Transit
Defendant

---

This Summons is directed to (name of Defendant):

Metropolitan Council / Metro Transit

1. **You are being sued.** The Plaintiff has started a lawsuit against you. The *Complaint* is attached to this *Summons*. Do not throw these papers away. They are official papers that start a lawsuit and affect your legal rights, even if nothing has been filed with the court and even if there is no court file number on this *Summons*.

2. **You must BOTH reply, in writing, AND get a copy of your reply to the person/business who is suing you within 21 days to protect your rights.** Your reply is called an *Answer*. Getting your reply to the Plaintiff is called service. You must serve a copy of your *Answer or Answer and Counterclaim* (Answer) within 21 days from the date you received the *Summons* and *Complaint*.

   ANSWER: You can find the *Answer* form and instructions on the MN Judicial Branch website at www.mncourts.gov/forms under the "Civil" category. The instructions will explain in detail how to fill out the *Answer* form.

3. **You must respond to each claim.** The *Answer* is your written response to the Plaintiff's *Complaint*. In your *Answer* you must state whether you agree or disagree with each paragraph of the *Complaint*. If you think the Plaintiff should not be given everything they asked for in the *Complaint*, you must say that in your *Answer*.

4. SERVICE: **You may lose your case if you do not send a written response to the Plaintiff.** If you do not serve a written *Answer* within 21 days, you may lose this case by default.

Received OCT 10 2025

You will not get to tell your side of the story. If you choose not to respond, the Plaintiff may be awarded everything they asked for in their *Complaint*. If you agree with the claims stated in the *Complaint*, you don't need to respond. A default judgment can than be entered against you for what the Plaintiff asked for in the *Complaint*.

To protect your rights, you must serve a copy of your *Answer* on the person who signed this *Summons* in person or by mail at this address:

306 ~ 6th st
Apt 302
Monticello, MN 55362

5. Carefully read the Instructions (CIV301) for the *Answer* for your next steps.

6. **Legal Assistance.** You may wish to get legal help from an attorney. If you do not have an attorney and would like legal help:

- Visit www.mncourts.gov/selfhelp and click on the "Legal Advice Clinics" tab to get more information about legal clinics in each Minnesota county.
- Court Administration may have information about places where you can get legal assistance.

**NOTE: Even if you cannot get legal help, you must still serve a written *Answer* to protect your rights or you may lose the case.**

7. **Alternative Dispute Resolution (ADR).** The parties may agree to or be ordered to participate in an ADR process under Rule 114 of the Minnesota Rules of Practice. You must still serve your written *Answer*, even if you expect to use ADR.

10/10/2025
Date

Signature

Name: Theodore Roberts
Address: 306 w 6th st    Apt 302
City, State, Zip: Monticello, MN 55362
Telephone: 507-250-9375
E-mail: _____

Filed in District Court
State of Minnesota
09/25/2025

STATE OF MINNESOTA
DISTRICT COURT
TENTH JUDICIAL DISTRICT
COUNTY OF WRIGHT

86-CV-25-5855

Theodore Franklin Roberts,
Plaintiff,

v.

Metropolitan Council / Metro Transit,
Defendant.

Court File No. _____

COMPLAINT (Pro Se)

PARTIES
1. I, Theodore Franklin Roberts, am a resident of Wright County, Minnesota. I rely on public transportation and am directly affected by the shutdown of the Northstar rail service.
2. Defendant, the Metropolitan Council (doing business as Metro Transit), is a public entity responsible for providing transit services in Minnesota, including the Northstar rail.

JURISDICTION AND VENUE
3. This Court has jurisdiction because the Defendant operates in Minnesota and the harm caused by the Northstar shutdown affects residents of Wright County.
4. Venue is proper in Wright County because the Northstar service operates in this county and Plaintiff resides here.

FACTS
5. The Northstar rail service is a critical transit option for people in Wright County and surrounding areas.
6. Defendant has announced plans to shut down or eliminate the Northstar rail service.
7. Many people with disabilities rely on Northstar because of its accessibility, predictable schedules, and direct service.
8. Alternatives such as buses are not equivalent. They often require multiple transfers, longer travel times, and stops that are not always accessible.
9. Low-income riders also rely on Northstar because it is affordable and reliable. Losing this service will create financial hardship and put jobs, healthcare access, and daily needs at risk.
10. Defendant has not provided a truly equivalent or accessible replacement for the service.

CLAIMS
Count I - Violation of the Minnesota Human Rights Act (Minn. Stat. § 363A)
11. By shutting down the Northstar rail, Defendant denies people with disabilities full and equal enjoyment of public services.

Received   SEP 2 5 2025

Count II - Violation of the Americans with Disabilities Act (ADA)
12. Defendant is a public entity under Title II of the ADA.
13. Eliminating Northstar without an equivalent alternative excludes people with disabilities from public transportation.

Count III - Violation of Section 504 of the Rehabilitation Act
14. Defendant receives federal funding.
15. Shutting down Northstar discriminates against people with disabilities in violation of Section 504.

Count IV - Violation of Minnesota Transportation Law (Minn. Stat. § 174.01)
16. State law requires Minnesota's transportation system to provide equitable access for all residents, including people with disabilities and low-income riders.
17. Shutting down Northstar violates this obligation.

RELIEF REQUESTED
I respectfully ask the Court to:

A. Declare that shutting down the Northstar rail service is unlawful.
B. Order the Defendant to continue operating the Northstar service, or require them to provide an equally accessible and affordable alternative.
C. Award costs and other relief the Court finds just and fair.

Dated: 4/25/25

Respectfully submitted,

Theodore Franklin Roberts
306 W 6th St Apt 302
Monticello, MN 55362-8088
Phone: 507-250-9375
Email: teddyrbear91@gmail.com